■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARRIEN TILLMAN, Appellant. [849 NYS2d 853]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, Sr., J.), rendered November 10, 2005. The judgment convicted defendant, upon a jury verdict, of bribing a witness (two counts) and tampering with a witness in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of one count of tampering with a witness in the third degree (Penal Law § 215.11 [1]) and two counts of bribing a witness (§ 215.00 [a], [b]). Contrary to defendant's contention, County Court properly exercised its discretion in precluding the testimony of a defense witness on a collateral issue (*see generally People v Aska*, 91 NY2d 979, 981 [1998]). Contrary to defendant's further contention, the evidence, viewed in the light most favorable to the People (*see People v Contes*, 60 NY2d 620, 621 [1983]), is legally sufficient to support the conviction of bribing a witness under count six of the indictment (*see*

*generally People v Bleakley,* 69 NY2d 490, 495 [1987]), and defendant failed to preserve for our review his challenge to the legal sufficiency of the evidence supporting his conviction of tampering with a witness (*see People v Gray,* 86 NY2d 10, 19 [1995]). The verdict on those counts is not against the weight of the evidence (*see generally Bleakley,* 69 NY2d at 495). Finally, the sentence is not unduly harsh or severe. Present—Scudder, P.J., Hurlbutt, Lunn, Green and Gorski, JJ.